OLF 7 (Official Local Form 7)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re  Henri D. Lafond

Case No. 19-30954

Chapter 13

Debtor

## DECLARATION RE: ELECTRONIC FILING

### PART I - DECLARATION

I[We] __D. Anthony Sottile_____ and _____

_____, hereby declare(s) under penalty of perjury that all of the information contained in my _Notice of Postpetition Fees, Expenses, and Charges_ (singly or jointly the "Document"), filed electronically, is true and correct.  I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document.  I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: 2/12/2020

_____/s/ (signature)_____
(Affiant)

_____
(Joint Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this DECLARATION, and I have followed all other electronic filing requirements currently established by local rule and standing order. This DECLARATION is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:

Signed:_____
(Attorney for Affiant - /s/used by Registered ECF Users Only)

Fill in this information to identify the case:

Debtor 1    Henri D. Lafond

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of Massachusetts
                                                                                             (State)

Case number    19-30954

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation      **Court claim no.** (if known):   6-1

**Last 4 digits** of any number you use to identify the debtor's account:   1   9   9   9

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | | (3) | $ _____ |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | 2/3/20: Proof of Claim $950, 410A Prep $250 | (5) | $ 1,200.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Henri D. Lafond
          First Name   Middle Name   Last Name

Case number (if known) 19-30954

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

x /s/ D. Anthony Sottile
Signature

Date 2 / 12 / 2020

Print:    D. Anthony Sottile
          First Name   Middle Name   Last Name

Title  Authorized Agent for Creditor

Company  Sottile & Barile, LLC

Address  394 Wards Corner Road, Suite 180
         Number        Street
         Loveland, OH 45140
         City          State    ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

2/5/2020    Invoicing - Invoice Detail

| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Sottile & Barile, LLC | | **Regarding:** | **Invoice Number:** | ▮ |
| **Address:** | 11351 Pearl Rd | | LAFOND HENRI D | **Invoice Status:** | Check Confirmed |
| | Suite 102 | | 129 EDGEWOOD AVE | **Loan No.:** | ▮ |
| | Strongsville, OH 44136 | | CHICOPEE, MA 01013 | **Loan Type:** | FreddieMac |
| **Payee Code:** | ATSOTTILE | | | **Acquistion Date:** | |
| **Vendor Contact:** | Jessy Engel | | | **Type:** | Non-Judicial |
| **Vendor Ref #:** | ▮ | | | **Referral Date :** | 12/6/2019 |
| **Servicer:** | Home Point Financial Corporation - (308) | | | **Loan Location:** | EA |
| **Inv. ID / Cat. ID** | H01/001 | | | **BK Case No:** | 19-30954 |
| **Investor Name** | FREDDIE MAC | | | **Submitted Date:** | 2/3/2020 |
| **Invoice ID** | ▮ | | | **Vendor Invoice Date:** | 2/3/2020 |
| **Litigation Status Code:** | | | | **Paid In Full Date:** | N/A |
| **Man Code:** | B | | | **Foreclosure Removal Date:** | N/A |
| | | | | **MS Status:** | N/A |
| | | | | **Relief Requested Date:** | N/A |
| | | | | **Protection Begin Date:** | N/A |
| | | | | **Protection End Date:** | N/A |

**Original Mortgage Amount:** $193,800.00

### Bankruptcy - Bankruptcy Services - Chapter 13

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 02/03/2020 | 02/04/2020 | 02/04/2020 | | 02/04/2020 | 02/04/2020 | 02/05/2020 | 2 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | Total: | $1,200.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |
| **Totals** | **Inv Amt:** $1,200.00 | | **Prev. Billed:** $0.00 | | **Loan Total Fees/Costs Prev.Billed:** $11,915.41 | Exc Ord Allw: |

**Fees**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | 02/03/20 | 1 | $950.00 | $950.00 | $0.00 | $950.00 |
| Attorney Fees | Bankruptcy Fee | 02/03/20 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| | | | | Total: | $1,200.00 | $0.00 | $1,200.00 |
| | | | | Invoice Total: | $1,200.00 | $0.00 | $1,200.00 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-30954 |
| Henri D. Lafond | Chapter 13 |
| Debtor. | Judge Elizabeth D. Katz |

**CERTIFICATE OF SERVICE**

I certify that on February 12, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Eric D. Kornblum, Debtor's Counsel
    edkclientsbk@gmail.com

    Denise M. Pappalardo, Chapter 13 Trustee
    denisepappalardo@ch13worc.com

    Richard King, Assistant U.S. Trustee, Office of the United States Trustee
    Ustpregion01.wo.ecf@usdoj.gov

I further certify that on February 12, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Henri D. Lafond, Debtor
    129 Edgewood Avenue
    Chicopee, MA 01013

Dated: February 12, 2020      /s/ [signature]
    D. Anthony Sottile
    Authorized Agent for Creditor
    Sottile & Barile, LLC
    394 Wards Corner Road, Suite 180
    Loveland, OH 45140
    Phone: 513.444.4100
    Email: bankruptcy@sottileandbarile.com